# EXHIBIT 4



|  |  | Invoice Number: 2023-4.4 |
|---|---|---|
| DATE: | **5/9/2023** |  |
| TO: | **Broadway South City Hospital** |  |
| FROM: | Andrea Ferguson<br>2200 Washington Avenue<br>St. Louis, MO 63103<br>Phone: 314-300-4214<br>andrea.ferguson@TwainFinancial.com |  |
| RE: | **Broadway South City Hospital Ground Lease** |  |

| Due Date | Rent Period | Description | Amount |
|---|---|---|---|
| 1/1/2023 | 1/1/2023 - 3/31/2023 | Q1.23 Base/Supplemental Rent | $ 354,842.07 |
| 1/12/2023 | 1/1/2023 - 3/31/2023 | Q1.23 Late Charge | $ 21,290.52 |
| 4/1/2023 | 1/12/2023 - 3/31/2023 | Additional Rent through 4/1/2023 | $ 11,904.51 |
| 4/7/2023 | 4/1/2023 - 4/11/2023 | Additional Rent through 4/11/2023 | $ 1,841.84 |
| 4/1/2023 | 4/1/2023 - 6/30/2023 | Q2.23 Base/Supplemental Rent | $ 358,784.77 |
| 4/12/2023 | 4/1/2023 - 6/30/2023 | Q2.23 Late Charge | $ 44,919.82 |
| 5/9/2023 | 4/12/2023 - 5/09/2023 | Additional Rent through 5/9/2023 | $ 8,860.90 |
|  |  | **Total payment due:** | **$ 802,444.42** |

**Wire Payments to:**
Bank Name:       U.S. Bank National Association
ABA Number:     091000022
Account Name:  Structured Finance Wire Clearing
Account:             173103322058
Reference:         Twain Funding II LLC Collection Acct 273761000

| **\*Add additional rent if no payment is received by:** |  | **4/12/2023** |
|---|---|---|
| Late Charge | $ | 44,919.82 |
| Per diem additional rent (should be added for each additional day) | $ | 328.18 |