# EXHIBIT 4



Invoice Number: 2023-4.4

DATE: **5/9/2023**

TO: **Broadway South City Hospital**

FROM: Andrea Ferguson
2200 Washington Avenue
St. Louis, MO 63103
Phone: 314-300-4214
andrea.ferguson@TwainFinancial.com

RE: **Broadway South City Hospital Ground Lease**

| Due Date | Rent Period | Description | | Amount |
|---|---|---|---|---|
| 1/1/2023 | 1/1/2023 - 3/31/2023 | Q1.23 Base/Supplemental Rent | $ | 354,842.07 |
| 1/12/2023 | 1/1/2023 - 3/31/2023 | Q1.23 Late Charge | $ | 21,290.52 |
| 4/1/2023 | 1/12/2023 - 3/31/2023 | Additional Rent through 4/1/2023 | $ | 11,904.51 |
| 4/7/2023 | 4/1/2023 - 4/11/2023 | Additional Rent through 4/11/2023 | $ | 1,841.84 |
| 4/1/2023 | 4/1/2023 - 6/30/2023 | Q2.23 Base/Supplemental Rent | $ | 358,784.77 |
| 4/12/2023 | 4/1/2023 - 6/30/2023 | Q2.23 Late Charge | $ | 44,919.82 |
| 5/9/2023 | 4/12/2023 - 5/09/2023 | Additional Rent through 5/9/2023 | $ | 8,860.90 |
| | | **Total payment due:** | **$** | **802,444.42** |

**Wire Payments to:**
Bank Name:     U.S. Bank National Association
ABA Number:    091000022
Account Name:  Structured Finance Wire Clearing
Account:       173103322058
Reference:     Twain Funding II LLC Collection Acct 273761000

**\*Add additional rent if no payment is received by:**          **4/12/2023**
Late Charge                                                       $   44,919.82
Per diem additional rent (should be added for each additional day) $      328.18