UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TWAIN GL XXV, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 4:23-cv-00695-MTS |
| JEFFREY AHLHOLM, *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Defendants Jeffrey Ahlholm and Lawrence Feigen have failed to file their required Disclosure Statements. *See* Fed. R. Civ. P. 7.1(a)(2); *see also* E.D. Mo. L.R. 2.09. The Local Rules required these Defendants to file their Disclosure Statements on July 05, 2023. E.D. Mo. L.R. 2.09(C)(1); *see also* Doc. [13]. They did not file them. The Court then entered an Order requiring "that Defendants Ahlholm and Feigen shall file their Disclosure Statements no later than July 12, 2023." Doc. [15]. But they did not file them. On July 12, 2023, the Clerk of Court entered an Electronic Notice informing these Defendants of the requirement and instructing them to file the Disclosure Statements "as soon as possible." Doc. 16. Still, they did not file them. On August 03, 2023, the Clerk of Court entered another Electronic Notice, making clear it was a "SECOND NOTICE," and again advised these Defendants of the requirement. Doc. 18. Yet these Defendants still have not filed their required Disclosure Statements, now necessitating further Court intervention.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Jeffrey Ahlholm and Defendant Lawrence Feigen must file the required Disclosure Statements no later than **Friday, August 18, 2023**.

**The failure to do so timely may result in appropriate sanctions.**

Dated this 18th day of August 2023.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE