# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TWAIN GL XXV, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-00695-MTS |
| | ) |
| JEFFREY AHLHOLM, | ) |
| LAWRENCE FEIGEN, | ) |
| and SA HOSPITAL ACQUISITION | ) |
| GROUP, LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the parties hereby stipulate to the dismissal of the above-captioned case, without prejudice, with each party to bear their own costs.

Dated: July 11, 2024                    Respectfully submitted,

**STINSON LLP**

By: */s/ Andrew J. Scavotto*
Andrew J. Scavotto, #57826
7700 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
(314) 863-0800 - Telephone
andrew.scavotto@stinson.com

Nicholas J. Zluticky MO # 61203
1201 Walnut St., Ste. 2900
Kansas City, MO 64106
(816) 691-3278 - Telephone
Nicholas.zluticky@stinson.com

***Attorneys for Plaintiff Twain GL XXV, LLC***

_____
Jeffrey Ahlholm
**Defendant,** *Pro se*

Dated: 6/30/2024

_____
Lawrence Feigen
**Defendant,** *Pro se*

Dated:_____

_____
SA HOSPITAL ACQUISITION GROUP

By: Jeffrey K. Ahlholm

Dated: 6/30/2024

_____
Jeffrey Ahlholm
**Defendant,** *Pro se*

Dated:_____

_____*[signature]*_____
Lawrence Feigen
**Defendant,** *Pro se*

Dated: July 2, 2024

_____
**SA HOSPITAL ACQUISITION GROUP**

By:_____

Dated:_____

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was served on pro se Defendants and SA Hospital Acquisition Group via Counsel for Receiver by U.S. Mail, postage prepaid, this 11th day of July, 2024 at the following:

Jeffrey Ahlholm
4308 Via Entrada
Newbury Park, CA 91320
*Pro Se*

Lawrence Feigen
703 Park Lane
Cedarhurst, NY 11516
*Pro Se*

SA Hospital Acquisition Group
c/o Jeffrey Ahlholm
4308 Via Entrada
Newbury Park, CA 91320

                */s/ Andrew J. Scavotto*
                *Attorney for Plaintiff Twain GL XXV, LLC*